UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL A. JONES,

                Petitioner,

    -against-

MICHELLE HALLETT,

                Respondent.

20-CV-10350 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued February 25, 2021, dismissing the petition,

    IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed without prejudice.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    February 26, 2021
             New York, New York

                                                *Louis L. Stanton*
                                               Louis L. Stanton
                                                    U.S.D.J.