UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAEL A. JONES, <br><br> Petitioner, <br><br> -against- <br><br> MICHELLE HALLETT, <br><br> Respondent. | 20-CV-10350 (LLS) <br><br> ORDER |

LOUIS L. STANTON, United States District Judge:

Petitioner's application for a writ of *habeas corpus* under 28 U.S.C. § 2254 was denied for the reasons detailed in the Court's February 25, 2021 order and judgment. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253.

SO ORDERED.

Dated: June 4, 2021
 New York, New York

                                                                             *Louis L. Stanton*
                                                                         Louis L. Stanton
                                                                             U.S.D.J.